■ In the Matter of GEORGE AGUIAR et al., Respondents, v BOARD OF TRUSTEES OF THE VILLAGE OF WELLSVILLE et al., Appellants.—Judgment unanimously affirmed without costs for reasons stated at Supreme Court, Horey, J. (Appeal from judgment of Supreme Court, Allegany County, Horey, J.—art 78.) Present—Doerr, J. P., Denman, Pine, Balio and Davis, JJ.